# United States District Court
# District of Minnesota

Nuvex Ingredients, Inc

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-2318 PAM/JGL

New Life Bakery, Inc

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of One Hundred Seventy-six Thousand, Eight Hundred Eight and 64/100 Dollars ($ 176,808.64)

RICHARD D. SLETTEN, CLERK

DATED: January 14, 2002

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 176,632.64 |
| Costs and disbursements | $ 176.00 |
| **TOTAL JUDGMENT** | $ 176,808.64 |

(8)

# UNITED STATES DISTRICT COURT
**District of Minnesota**

Nuvex Ingredients, Inc,

Plaintiff(s)

-vs- Civil Action 01-2318 PAM/JGL

New Life Bakery, Inc,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) New Life Bakery, Inc is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

New Life Bakery, Inc.,

this 14 day of January, 2002.

RICHARD D. SLETTEN, CLERK

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk

forms/entry of default.frm

5